

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2025

No. 04-24-00222-CV

**IN RE** Stephen D. **AGUILAR**, Relator

Original Mandamus Proceeding[1]

### ORDER

On March 29, 2024, relator filed a petition for writ of mandamus, asserting the trial court abused its discretion when it held him in contempt of court for failing to pay contractual spousal maintenance. We agree and conditionally grant the writ of mandamus and direct the trial court to vacate the entirety of its December 6, 2023 order finding Stephen D. Aguilar guilty of forty-eight (48) acts of contempt for failure to pay contractual spousal maintenance. The writ will issue only if the trial court fails to vacate this order within fifteen days from the date of our opinion and order.

It is so **ORDERED** on January 22, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-07010, styled *Gianinna J. Aguilar v. Stephen D. Aguilar*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Antonio Arteaga presiding.